THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Robert Ellis, Appellant.
 
 
 

Appeal From Charleston County
 Kenneth G. Goode, Circuit Court Judge
Unpublished Opinion No. 2007-UP-367
Submitted September 14, 2007  Filed September 17, 2007

APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III,   of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Robert Ellis appeals from his Alford plea, arguing that the trial judge erred in failing to adequately advise him of his constitutional rights as required by Boykin. After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Elliss appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., and HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.